IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         8:06CR169
                               )
       v.                      )
                               )
BRANDON MOORE,                 )         ORDER
                               )
            Defendant.         )
_____)
```

The Court is advised that defendant wishes to enter a plea in this matter. Accordingly,

IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Friday, August 11, 2006, at 11 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The first available date on the Court's schedule for the plea hearing is August 11, 2006. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between July 31, 2006, and August 11, 2006, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 31st day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court