IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )        8:06CR169
                               )
     v.                        )
                               )
BRANDON MOORE,                 )        ORDER
                               )
          Defendant.           )
_____)
```

IT IS ORDERED that sentencing in this matter is rescheduled for:

**Tuesday, October 31, 2006, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 23rd day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
   LYLE E. STROM, Senior Judge
   United States District Court